# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No. 20-mj-00180-GPG |
| ) | |
| LOGAN SCOTT DEBYLE ) | |
| *Defendant* ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the November 4, 2020, in the State and District of Colorado, LOGAN SCOTT DEBYLE violated:

*Code Section*  *Offense Description*
18 U.S.C. § 39A  Aiming a laser pointer at an aircraft

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

_/s Martin H. Daniell III_____
*Complainant's signature*

Martin H. Daniell, III, Special Agent FBI
*Printed name and title*

Sworn to before me and:   ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 11/6/2020

_____
*Judge's signature*

City and state:  Grand Junction, Colorado    Honorable Judge Gordon Gallagher
*Printed name and title*