| | |
|---|---|
| DEFENDANT: | LOGAN SCOTT DEBYLE |
| YOB/AGE: | 1997, 23 years old |
| COMPLAINT FILED? | __X__ Yes    _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| OFFENSE: | 18 U.S.C. § 39A, Aiming a laser pointer at an aircraft |
| LOCATION OF OFFENSE: | City and County of Denver, Colorado |
| PENALTY: | NMT 5 years' imprisonment, NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment. |
| AGENT: | Martin H. Daniell III, Special Agent, FBI |
| AUTHORIZED BY: | David Tonini<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

__X__ five days or less ____ over five days

THE GOVERNMENT

Will not seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant.

1