**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-mj-00180-GPG

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LOGAN SCOTT DEBYLE,

      Defendant.

---

**UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**

---

      The United States of America, through undersigned counsel, respectfully moves the Court to continue the status conference set in this case on January 26, 2021 at 2:00 to February 5, 2021 at either 11:00 or 3:00, if available for the Court.  In support of this motion, the government states as follows:

      <u>Certificate of Conferral</u>:  Undersigned counsel conferred with counsel for the defendant, and this motion is unopposed.

      1.     The defendant was charged by Complaint on November 6, 2020 with one count of aiming a laser pointer at an aircraft, in violation of 18 U.S.C. § 39A.  He was arrested, appeared, and released on bond on November 12, 2020.  On November 30, 2020, he waived a preliminary hearing and a status conference was set on January 26, 2021 at 2:00 PM before Judge Varholak.

      2     Due to the Covid-19 pandemic and by the Court's General Order, the Grand Jury has not met after the defendant was charged.  Therefore, there is no change in status to provide

the Court on January 26, 2021, except that discovery has been provided by the government.

3.      The government asks to continue this status conference until February 5, 2021. At that time, there may be a change in status that warrants a conference.  The defendant does not object but asks that the conference be set at either 11:00 or 3:00 due to other court commitments.

4.      The Speedy Trial Act is not implicated by this request.  The government asks the Court to grant this motion in the interest of judicial economy.

For the foregoing reasons, the Court should vacate the status conference set on January 26, 2021 and reset a status conference on February 5, 2021 at either 11:00 AM or 3:00 PM.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: *s/David A. Tonini*
DAVID A. TONINI
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: David.Tonini@usdoj.gov
Attorney for the Government

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 25th day of January, 2021, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kate Stimson
stimson@sslhlaw.com
Attorney for the Defendant


By: <u>*s/David A. Tonini*</u>
DAVID A. TONINI